No. 77–1590. THOMPSON, SUPERINTENDENT OF PUBLIC INSTRUCTION OF WISCONSIN v. HOLY TRINITY COMMUNITY SCHOOL, INC. Sup. Ct. Wis. Certiorari denied.

No. 77–1593. COX v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 77–1594. RATCLIFF v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–1595. COSDEN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 77–1597. GELINAS ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 77–1598. HAMMOND v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 77–1600. GILLRING OIL CO. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 77–1601. PERRY ET AL. v. WILSON ET AL. Ct. App. Ga. Certiorari denied.

No. 77–1603. DAUGHERTY v. CITY OF LONG BEACH, CALIFORNIA, ET AL. Ct. App. Cal. 2d App. Dist. Certiorari denied.

No. 77–1604. KANTOR v. DUNN, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.